BENJAMIN WAGNER
United States Attorney
MIA A. GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:13-cr-0264 AWI-BAM |
| *Plaintiff,* | STIPULATION AND ORDER |
| v. | DATE: August 5, 2013<br>TIME: 10:00 P.M. |
| ROBERTO SOLIS-URIBE, | JUDGE: Hon. Anthony W. Ishii |
| *Defendant.* | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that time may excluded from now through the status conference set for **August 5, 2013 at 10:00 a.m. before Senior District Court Judge Anthony W. Ishii.** The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: July 2, 2013        By:    /s/ *Mia Giacomazzi*
                                  MIA GIACOMAZZI
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

|  |  |
|---|---|
|  | HEATHER WILLIAMS<br>Federal Defender |
| DATED: July 2, 2013 | By:   /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant |

**O R D E R**

**IT IS SO ORDERED THAT** time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) from July 3, 2013 to and including August 5, 2013.  I find good cause for the exclusion of time under the Speedy Trial Act and United States Constitution in that the ends of justice are served by granting the exclusion of time and that the exclusion of time outweighs both the defendant's and the public's interest in a Speedy Trial.

IT IS SO ORDERED.

Dated:   **July 5, 2013**              _____
                                        UNITED STATES MAGISTRATE JUDGE