HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEREMY KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
ROBERTO SOLIS-URIBE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-cr-00264 AWI-BAM-1 |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON |
| ROBERTO SOLIS-URIBE, | |
| Defendant. | Date:  September 3, 2013<br>Time:  10:00 a.m.<br>Dept : Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for August 5, 2013, **may be continued to September 3, 2013 at 10:00 a.m.**

The parties request this continuance because they are awaiting agency production of documents from defendant's recently-digitized immigration file.  The requested continuance will conserve time and resources for all parties and the Court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further plea negotiation and defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                        BENJAMIN B. WAGNER
                                      United States Attorney

DATED: July 31, 2013        By:   /s/ *Mia A. Giacomazzi*
                                           MIA A. GIACOMAZZI
                                           Assistant United States Attorney
                                           Attorney for Plaintiff

                                        HEATHER E. WILLIAMS
                                        Federal Defender

DATED: July 31, 2013        By:   /s/ *Jeremy Kroger*
                                            JEREMY S. KROGER
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           ROBERTO SOLIS-URIBE

## O R D E R

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   July 31, 2013

                                        SENIOR  DISTRICT  JUDGE