HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEREMY KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
ROBERTO SOLIS-URIBE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROBERTO SOLIS-URIBE,<br><br>　　　　　Defendant. | Case No. 1:13-cr-00264 AWI-BAM-1<br><br>STIPULATION TO ADVANCE STATUS CONFERENCE; ORDER THEREON<br><br>Date:　August 26, 2013<br>Time:　10:00 a.m.<br>Dept :　Hon. Anthony W. Ishii |

　　　IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for September 3, 2013, **may be advanced to August 26, 2013 at 10:00 a.m.**

　　　Defense counsel requests this change because he may be required to travel to Yosemite for work on the previously scheduled hearing date.  The requested continuance will conserve time and resources for all parties and the Court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further plea negotiation and defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: August 21, 2013       By:   /s/ *Mia A. Giacomazzi*
                                   MIA A. GIACOMAZZI
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: August 21, 2013       By:   /s/ *Jeremy Kroger*
                                   JEREMY S. KROGER
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   ROBERTO SOLIS-URIBE

**O R D E R**

Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   August 22, 2013                    _____
                                            SENIOR DISTRICT JUDGE