

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROBERTO SOLIS URIBE, ) <br> ) <br> Defendant. ) | No. 1:13-CR-00264-AWI <br><br> ORDER OF RELEASE |

The above named defendant having been sentenced to Time Served on August 26, 2013,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: August 26, 2013

HONORABLE ANTHONY W. ISHII
U.S. DISTRICT JUDGE

1